UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MT. HAWLEY INSURANCE COMPANY,<br><br>                         Plaintiff,<br><br>-v-<br><br>NORTH EXPRESSWAY STATION INC., et al.,<br><br>                         Defendants. | CIVIL ACTION NO. 25 Civ. 4142 (JAV) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Initial Case Management Conference held on September 17, 2025, a Telephone Conference to discuss the status of discovery is scheduled for **December 9, 2025, at 11:00 a.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:   New York, New York
         September 17, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge