UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MT. HAWLEY INSURANCE COMPANY,

                       Plaintiff,

    -v-

NORTH EXPRESSWAY STATION INC., et al.,

                  Defendants.

CIVIL ACTION NO. 25 Civ. 4142 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff Mt. Hawley Insurance Company's letter motion to stay discovery, (Dkt. No. 40 (the "Motion")), along with the responses to the Motion from Defendant North Expressway Station, Inc., (Dkt. No. 47), and Defendants Giant Oil, Inc. and Giant Jacksonville, LLC. (Dkt. No. 48). The Court previously scheduled a telephone conference on **December 9, 2025 at 11:00 a.m. ET** (the "Conference") to discuss the status of discovery. (Dkt. No. 34). The parties shall be prepared to discuss the Motion at the Conference.

Dated:      New York, New York
             December 1, 2025

                              SO ORDERED.

                              SARAH L. CAVE
                              **United States Magistrate Judge**