UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MT. HAWLEY INSURANCE COMPANY,

Plaintiff,

-v-

NORTH EXPRESSWAY STATION INC., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 4142 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, December 9, 2025 (the "Conference"), to discuss the status of discovery and Plaintiff Mt. Hawley Insurance Company's ("Plaintiff") letter motion to stay discovery, (Dkt. No. 40 (the "Motion")), the Court **ORDERS** the following:

1. For the reasons stated at the Conference, the Motion is **GRANTED IN PART** and **DENIED IN PART**. The only discovery that shall take place between the date of this Order and the January 26, 2026 mediation in the underlying Florida action (the "Florida Mediation") is Plaintiff's production of its claim file by **January 9, 2026**. The parties are directed to meet and confer regarding a proposed protective order pursuant to which Plaintiff would produce the claim file.

2. By **February 9, 2026**, the parties shall file a joint letter setting forth the status of settlement discussions following the Florida Mediation.

3. In light of the upcoming Florida Mediation, the current deadline of January 16, 2026 for the parties to complete depositions (Dkt. No. 35 at 35) is **ADJOURNED** to **March 31, 2026**.

4.  By **December 12, 2025**, the parties shall order a copy of the Conference transcript using the annexed form.

The Clerk of Court is respectfully directed to close Dkt. No. 40.

Dated:      New York, New York
            December 9, 2025

                                    SO ORDERED.

                                    **SARAH L. CAVE**
                                    **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

<span style="color:red">Send one request per completed form to:</span>

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

<span style="color:red">**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.</span>

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|