UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MT. HAWLEY INSURANCE COMPANY,

                    Plaintiff,

   -v-

NORTH EXPRESSWAY STATION INC., et al.,

                    Defendants.

CIVIL ACTION NO. 25 Civ. 4142 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the letter filed by Plaintiff Mt. Hawley Insurance Company on behalf of all parties, (Dkt. No. 63), along with the letter filed by Defendants Giant Oil, Inc. and Giant Jacksonville, LLC, both updating the Court on the status of settlement discussions following the mediation in the underlying Florida action on January 26, 2026.  (Dkt. No. 64).  By **February 24, 2026**, the parties are **ORDERED** to meet and confer concerning a schedule for remaining discovery in this case (the "Schedule") and to file a joint letter setting forth the proposed Schedule.

Dated:     New York, New York
           February 10, 2026

                        SO ORDERED.

                        **SARAH L. CAVE**
                        **United States Magistrate Judge**