UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MT. HAWLEY INSURANCE COMPANY,

Plaintiff,

-v-

NORTH EXPRESSWAY STATION INC., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 4142 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on June 1, 2026 (the "Conference") to discuss the status of discovery and the parties' discovery disputes, the Court **ORDERS** the following:

1. By **June 4, 2025**, the parties shall order a copy of the Conference transcript by using the annexed form.

2. As discussed at the Conference, the deadline of June 30, 2026 to complete fact discovery, (Dkt. No. 67), is **EXTENDED** to **July 31, 2026**.

3. The deadline of July 7, 2026 for the parties to file a joint letter certifying the completion of fact discovery, (Dkt. No. 67), is also **EXTENDED** to **August 7, 2026**.

4. As discussed at the Conference, Plaintiff Mt. Hawley ("Plaintiff") is seeking from Defendants Giant Oil, Inc. and Giant Jacksonville, LLC (the "Giant Defendants") "any and all settlement agreements resolving any claims or suits arising out of the December 4, 2023 shooting incident [the "Shooting"] as against Giant Jacksonville." (Dkt. No. 73 at 1; 73-1 ¶ 10 ("RFP No. 10").  (Dkt. No. 73 at 1).  With respect to RFP No. 10, the parties shall meet and confer regarding a protective order concerning the

Giant Defendants' production of settlement agreements for which the Giant Defendants are seeking coverage from Plaintiff in this action.

5.  As discussed at the Conference, with respect to Plaintiff's request for Giant Defendants' commercial general liability policy (the "CGL Policy"), (see Dkt. No. 73-1 ¶ 1, 6), the Giant Defendants shall produce the CGL Policy, including a table of contents or index and all portions pertaining to Giant Jacksonville, LLC and the property where the Shooting occurred, but may redact portions pertaining to other Giant affiliates or other Giant properties not at issue in this action.

6.  By **July 16, 2026**, the parties shall file a joint letter updating the Court on the status of discovery and identifying any issues ripe for the Court's attention.

7.  Another telephone conference to discuss the status of discovery is scheduled for **July 21, 2026 at 1:00 p.m. ET**.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654.

Dated:        New York, New York
              June 1, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

2

SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.
**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |
|---|---|---|---|---|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|