UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MT. HAWLEY INSURANCE COMPANY,

Plaintiff,

-v-

NORTH EXPRESSWAY STATION INC., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 4142 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on July 21, 2026 (the "Conference") to discuss the status of discovery and the parties' discovery disputes, (see Dkt. No. 75), the Court **ORDERS** the following:

1. Should the parties wish to order a copy of the Conference transcript, they may do so by using the annexed form.
2. As discussed at the Conference, the deadline of July 31, 2026 to complete fact discovery, (Dkt. No. 75 ¶ 2), is **EXTENDED** to **September 18, 2026**.
3. The deadline of August 7, 2026 for the parties to file a joint letter certifying the completion of fact discovery, (Dkt. No. 75 ¶ 3), is also **EXTENDED** to **September 25, 2026**.
4. As discussed at the Conference, Plaintiff Mt. Hawley Insurance Company plans to serve its responses to the supplemental discovery demands served by Defendants Giant Oil, Inc. and Giant Jacksonville, LLC by **July 31, 2026**.

5. By **September 3, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter updating the Court on the status of discovery and identifying any issues ripe for the Court's attention.

6. Another telephone conference to discuss the status of discovery is scheduled for **September 9, 2026 at 11:00 a.m. ET**. The parties are directed to call (855) 244-8681; access code: 2308 226 4654.

Dated: New York, New York
July 21, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL