UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MT. HAWLEY INSURANCE COMPANY,

Plaintiff,

-v-

NORTH EXPRESSWAY STATION INC., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 4142 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held an in-person conference on November 17, 2026 (the "Conference") to discuss the status of this action. (Dkt. No. 97). Following the Conference, the Court **ORDERS** the following:

1. The parties may order a copy of the Conference transcript by using the annexed form.
2. By **November 30, 2026**, the parties shall file a joint letter updating the Court on the status of the outstanding issues in fact discovery discussed during the Conference: (1) Plaintiff's request for settlement agreements, and (2) Defendants' non-party subpoena to Hull & Company, LLC. This is not an extension of the fact discovery deadline, and reminds the parties that the extension on October 22, 2026 of the fact discovery deadline was the "[f]inal extension[.]" (Dkt. No. 96).
3. By **December 15, 2026**, the parties shall file a joint letter updating the Court on the status of any settlement discussions and indicating whether the parties seek to schedule a settlement conference with the Court, referral to the Court-annexed

mediation program, or engagement with a private mediator.

Dated: New York, New York
November 17, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

**INDICATE SERVICE:**

(prices listed are per page)

| | | | | |
|---|---|---|---|---|
| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |

| | | |
|---|---|---|
| Your Name | | |
| Firm Name | | |
| Address | | |
| City, State | | Zip Code |
| Telephone Number | | |
| E-mail Address | | |

RESET PRINT SAVE EMAIL